COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

## NOT DESIGNATED FOR PUBLICATION

Eugene Frazier, Jr.
W.N.C. Ash - D-1 DOC No. 93296
P. O. Box 1435
Winnfield LA 71483

**REHEARING ACTION: September 23, 2015**

**Docket Number: 15   00243-KH**

**STATE OF LOUISIANA
VERSUS
EUGENE FRAZIER, JR.**

**Writ Application from Sabine Parish Case No. 49,586**

**BEFORE JUDGES:**

    **Hon. Sylvia R. Cooks
Hon. John D. Saunders
Hon. Shannon J. Gremillion**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Eugene Frazier, Jr.** has this day been

    **DENIED.**  Uniform Rules – Courts of Appeal, Rule 2-18.7.

cc: Hon. Don M. Burkett, Counsel for  the Respondent